EXHIBIT 7

# CBRE

# INVOICE : *2015-826830-001*

**DEAL INFORMATION:**
**Deal ID:** 2015-826830
**Landlord:** MERIT YUMA 26, LLC
**Tenant:** ASSOCIATED MATERIALS LLC
**Producer Name:** Kevin F Malinowski

**Property Name:** 7550 EAST 30TH STREET
**Property Address:** 7550 EAST 30TH STREET
YUMA, AZ 85365
**Office Deal#:** 15L/401

**Lease From:** 02/01/2015
**Lease To:** 08/31/2020

**Bill To:**
ASSOCIATED MATERIALS LLC
3773 STATE RD
CUYAHOGA FALLS, OH 44223
UNITED STATES
ATTN: Eric Emerson

**Invoice Date:** 10/19/2015

**Federal Tax ID:** 95-2743174
**CBRE Contact:** Dianne Lorince
**CBRE Contact Ph#:** 216/363-6457
**CBRE Contact Email:** Dianne.Lorince@cbre.com

**CONSIDERATION/COMMISSION CALCULATION:**

| Charge Description | Qty | UOM | Amount | Consideration | Commission % | Commission Amount |
|---|---|---|---|---|---|---|
| Monthly Rent | 66.00 | PMT | $80,119.44 | $5,287,883.04 | 3.00% | $158,636.49 |
| Monthly Rent | 1.00 | PMT | $0.00 | $0.00 | 3.00% | $0.00 |
| | | | **Total Consideration :** | **$5,287,883.04** | **Total Commission:** | **$158,636.49** |

**INVOICE DETAIL:**

| Due Date | Description | Amount Due |
|---|---|---|
| 10/15/2015 | Lease execution | $158,636.49 |
| | **Total Invoice Due:** | **$158,636.49** |

**Comments :**

**DEAL SUMMARY:**

| | |
|---|---|
| Transaction Commission: | $158,636.49 |
| Plus: Reimbursable Expense: | $0.00 |
| Total Amount Due : | $158,636.49 |
| Less: Outside Broker paid by Client: | -$0.00 |
| Amount Due to CBRE: | $158,636.49 |
| Less: Total Paid To Date: | -$0.00 |
| Remaining Balance Due: | $158,636.49 |
| **Total amount Due this Invoice:** | **$158,636.49** |
| *Future Installments:* | $0.00 |
| **Previous Invoice(Unpaid Amount):** | $0.00 |
| *Outside Broker paid by CBRE (Included in the Total Amount Due):* | $0.00 |

**REMITTANCE INSTRUCTION:**
Please include invoice with payment

*PLEASE MAIL YOUR CHECK TO THIS ADDRESS:*
CBRE, Inc.
P.O. Box 15531 Location Code 2247
Chicago
IL 60696

**OVERNIGHT EXPRESS MAIL ONLY:**
**CBRE, Inc.**
**C/O Bank of America 15531 Collection Center**
**Drive Location Code 2247**
**Chicago**
**IL 60696**