EXHIBIT 8

**CBRE**

# INVOICE : *2015-826848-001*

| **DEAL INFORMATION:** | | **Property Name:** | 3800 FARM GATE ROAD |
|---|---|---|---|
| Deal ID: | 2015-826848 | **Property Address:** | 3800 FARM GATE ROAD |
| Landlord: | WALTER POOLE REALTY INC. | | KINSTON, NC 28501 |
| Tenant: | ASSOCIATED MATERIALS LLC | **Office Deal#:** | 15L/402 |
| Producer Name: | Kevin F Malinowski | | |
| | | **Lease From:** | 05/01/2015 |
| | | **Lease To:** | 04/30/2018 |
| **Bill To:** | | **Invoice Date:** | 10/19/2015 |
| ASSOCIATED MATERIALS LLC | | | |
| 3773 STATE RD | | **Federal Tax ID:** | 95-2743174 |
| CUYAHOGA FALLS, OH 44223 | | **CBRE Contact:** | Dianne Lorince |
| UNITED STATES | | **CBRE Contact Ph#:** | 216/363-6457 |
| ATTN: Eric Emerson | | **CBRE Contact Email:** | Dianne.Lorince@cbre.com |

**CONSIDERATION/COMMISSION CALCULATION:**

| Charge Description | Qty | UOM | Amount | Consideration | Commission % | Commission Amount |
|---|---|---|---|---|---|---|
| Monthly Rent | 36.00 | PMT | $75,000.00 | $2,700,000.00 | 3.00% | $81,000.00 |
| | | | **Total Consideration :** | **$2,700,000.00** | **Total Commission:** | **$81,000.00** |

**INVOICE DETAIL:**

| Due Date | Description | Amount Due |
|---|---|---|
| 10/15/2015 | Lease execution | $81,000.00 |
| | **Total Invoice Due:** | **$81,000.00** |

**Comments :**

**DEAL SUMMARY:**

| | |
|---|---|
| Transaction Commission: | $81,000.00 |
| Plus: Reimbursable Expense: | $0.00 |
| Total Amount Due : | $81,000.00 |
| Less: Outside Broker paid by Client: | -$0.00 |
| Amount Due to CBRE: | $81,000.00 |
| Less: Total Paid To Date: | -$0.00 |
| Remaining Balance Due: | $81,000.00 |
| **Total amount Due this Invoice:** | **$81,000.00** |
| *Future Installments:* | $0.00 |
| **Previous Invoice(Unpaid Amount):** | $0.00 |
| *Outside Broker paid by CBRE (Included in the Total Amount Due):* | $22,680.00 |

**REMITTANCE INSTRUCTION:**
Please include invoice with payment

*PLEASE MAIL YOUR CHECK TO THIS ADDRESS:*
CBRE, Inc.
P.O. Box 15531 Location Code 2247
Chicago
IL 60696

**OVERNIGHT EXPRESS MAIL ONLY:**
CBRE, Inc.
C/O Bank of America 15531 Collection Center
Drive Location Code 2247
Chicago
IL 60696